IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALTON CROMARTIE, : | |
| : | |
| Plaintiff, : | Case No. 2:21-cv-02583 |
| : | |
| v. : | CHIEF JUDGE ALGENON L. MARBLEY |
| : | |
| OHIO DEPARTMENT OF : | MAGISTRATE JUDGE VASCURA |
| REHABILITATION & CORRECTION, : | |
| *et al.*, : | |
| : | |
| Defendants. : | |

**OPINION & ORDER**

On June 28, 2021, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 4), recommending that the Court dismiss Plaintiff's case without prejudice pursuant to Federal Rule of Civil Procedure 41(b), not assess the filing fee in this matter, and order Plaintiff to list 2:21-cv-2583 as a related case if he re-files this action. Plaintiff neither paid the filing fee nor submitted an application to proceed *in forma pauperis*. (ECF Nos. 2–3). Mr. Cromartie took no further action and Magistrate Judge Vascura issued the pending Report and Recommendation. The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. (ECF No. 4). No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on July 12, 2021, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  This case is hereby **DISMISSED**. No filing fee will be assessed.

Furthermore, Plaintiff is hereby **ORDERED** to list 2:21-cv-2583 as a related case if he re-files this action.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  September 3, 2021**

2